UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Donald T. Peters,

        Plaintiff,

    v.

Commissioner of Social Security

        Defendant.

Case No. 1:10-cv-678

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the Report and Recommendation ("Report") filed by Magistrate Judge Karen L. Litkovitz on August 29, 2011 (Doc. 11). The Report recommends that the Commissioner's decision to deny Plaintiff Donald T. Peters Disability Insurance Benefits and Supplemental Security Income be affirmed. (Doc. 11, 1, 31.)

Proper notice has been given to the parties under Rule 72(b) of the Federal Rules of Civil Procedure including notice that the parties would waive further appeal if they failed to file objections to the Report in a timely manner. *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).[1] No objections have been filed despite that Plaintiff was given an extension of time in which to do so. (Doc. 13.)

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636 and Rule 72(b), this Court finds the Report to be correct. Accordingly, it is **ORDERED** that the Report is hereby **ADOPTED** in full. As the Report recommends (Doc. 11, 31), the decision of the Commissioner is **AFFIRMED**, and this matter is closed.

---

[1] Notice was attached to the Report regarding objections. (Doc. 11, 32.)

**IT IS SO ORDERED.**

                                                     *s/Michael R. Barrett*
                                                   UNITED STATES DISTRICT JUDGE